PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:23-MJ-00029-CDB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE PRELIMINARY HEARING AND EXCLUDE TIME |
| v. | |
| AGUSTIN CORNEJO-CAMORLINGA, | |
| Defendant. | |

The parties stipulate as follows:

1. The complaint was issued in this district on August 23, 2023, and the defendant made his initial appearance the next day. The Court scheduled a preliminary hearing for September 7, 2023.

2. The government produced initial discovery to Mr. Cornejo-Camorlinga's counsel. The preliminary hearing was then continued until October 17, 2023, with an appropriate time exclusion, so that the defendant could review the discovery and consider a pre-indictment resolution of the case.

3. The parties now agree to further continue the preliminary hearing until November 9, 2023. The parties also agree that good cause exists for the continuance because the extension is required to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-indictment resolution of the case.

4. The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. The parties also agree that the period from October 17, 2023, through November 9, 2023, should be excluded. Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO STIPULATED.

Dated: October 5, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ Joseph Barton*
Joseph Barton
Assistant United States Attorney

Dated: October 5, 2023

*/s/ Victor Nasser*
Victor Nasser
Counsel for Agustin Cornejo-Camorlinga

2

1 PHILLIP A. TALBERT
United States Attorney
2 JOSEPH D. BARTON
Assistant United States Attorney
3 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 5:23-MJ-00029-CDB |
|---|---|
| Plaintiff, | ORDER CONTINUING PRELIMINARY HEARING AND EXCLUDING TIME |
| v. | |
| AGUSTIN CORNEJO-CAMORLINGA, | |
| Defendant. | |

The Court has read and considered the parties' stipulation to further continue the preliminary hearing and exclude time. The Court finds there is good cause for the continuance so as to allow the defendant reasonable time to complete his review of the discovery and fully consider a pre-indictment resolution of the case. The Court also finds that the interests of justice served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.

Therefore, for good cause shown:

1. The preliminary hearing is continued from October 17, 2023, until November 9, 2023, at 2:30 p.m., and the defendant shall appear at that time before the Honorable Christopher D. Baker; and

///

///

3

2. The period from October 17, 2023, through November 9, 2023, shall be excluded pursuant to Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv), for the reasons set forth in the parties' stipulation.

IT IS SO ORDERED.

Dated: **October 5, 2023**

UNITED STATES MAGISTRATE JUDGE