1 | PHILLIP A. TALBERT
United States Attorney
2 | JOSEPH D. BARTON
Assistant United States Attorney
3 | 2500 Tulare Street, Suite 4401
Fresno, CA 93721
4 | Telephone: (559) 497-4000
Facsimile: (559) 497-4099

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-cr-202-ADA-BAM |
|---|---|
| Plaintiff, | STIPULATION TO VACATE PRELIMINARY HEARING AND SCHEDULE CHANGE OF PLEA HEARING; [~~PROPOSED~~] ORDER |
| v. | |
| AGUSTIN CORNEJO-CAMORLINGA, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the preliminary hearing set for November 9, 2023, can be vacated and a change of plea hearing can be scheduled for December 11, 2023, at 8:30 a.m., before the Honorable Ana de Alba. The parties have filed a plea agreement to resolve the case. Time under the Speedy Trial Act has already been excluded through November 9, 2023.

///

The parties agree that time shall also be excluded from November 10, 2023, through December 11, 2023, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated:  October 19, 2023

  */s/ Victor Nasser*
  Victor Nasser
  Counsel for Agustin Cornejo-Camorlinga

Dated:  October 19, 2023

  */s/ Joseph Barton*
  Joseph Barton
  Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:23-cr-202-ADA-BAM |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| AGUSTIN CORNEJO-CAMORLINGA, | |
| Defendant. | |

Upon the parties' stipulation, and for good cause shown, the preliminary hearing that is scheduled for November 9, 2023, is vacated, and an arraignment and change of plea hearing is scheduled for December 11, 2023, at 8:30 a.m., before the Honorable Ana de Alba. Time under the Speedy Trial Act has been excluded through November 9, 2023.

///

Time shall also be excluded from November 10, 2023, through December 9, 2023, for purposes of defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated:   **October 20, 2023**   _____
UNITED STATES MAGISTRATE JUDGE